IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Plaintiff | * |
| | *   Civil No. 97-2026(SEC) |
| v. | * |
| | * |
| ALL MONIES INCLUDING, et al. | * |
| | * |
| Defendants | * |

**********************************

## ORDER

On April 8, 1998, the Court granted the United States' motion requesting a stay of these proceedings. **(Docket #37, margin order)**. Pending at that time was a motion requesting payment by Provisiones Legrand, Inc. **(Docket #26)**. On March 12, 1998, Magistrate Judge Justo Arenas ordered the United States to reply to the request for payment. **(Docket #34)**. However, this case was stayed before any reply was filed.

On August 22, 2002, the Court granted claimant's motion to withdraw legal representation **(Docket #44)**, and granted them a period of thirty days to notify new legal representation. **(Docket #45).** On September 6, 2002, the United States requested that the stay order by lifted. **(Docket #46).** On that same day, the United States filed a motion and memorandum requesting summary judgment. **(Docket #47).**

In light of the delays in this case associated with the stay, the Court hereby Orders the following:

1. Provisiones Legrand, Inc.'s motion requesting payment **(Docket # 26)** will be

Civil No. 97-2026(SEC)                                                                 2
_____

**Denied Without Prejudice.** The Court finds that since Provisiones' motion was filed almost five years ago, they should be provided with an opportunity to update or supplement their motion requesting payment as they deem necessary. Therefore, Provisiones is given until **October 14, 2002** to file a renewed request for payment. The United States will be granted until **October 28, 2002** to file a response.

2. The United States' motion requesting the lifting of the stay order **(Docket #46)** is hereby **Granted.**

3. Based on the informative motion **(Docket #48)**, claimant's are hereby granted until **October 28, 2002** to notify new representation. Their opposition to the United States' motion for summary judgment is due **November 28, 2002.**

A copy of this Order shall be notified to the United States of America, Provisiones Legrand, Inc. through counsel Luis Lopez Gomez **(Docket #26)**, Attorney Jose Vazquez Garcia **(Docket #48)**, Flor de Maria Cacho, FCI Mariana, 3625 F.C.I. Road, Mariana, FL 32446, and Daniel Cacho Paz, Calle Monet D-7, Quintas de San Luis, Caguas, P.R. 00725.

**SO ORDERED.**

In San Juan, Puerto Rico, this _19th_ day of September, 2002.

SALVADOR E. CASELLAS
United States District Judge

s/c: Atty. L. Lopez Gomez - Fax 764-9438
     Flor Cacho } Cert. Mail
     Daniel Cacho }
     9/20/02