# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
　　Plaintiff
　　　　v.                               Civil No. 97-2026(SEC)
ALL MONIES IN ACCTS., ET AL.
　　Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket #52<br>Motion Assuming Legal Representation and for Extension of Time | **GRANTED**<br>Attorney Rafael F. Castro Lang's request to assume legal representation is granted.<br>**DENIED**<br>Court had already granted Claimant until November 28, 2002 to file its opposition to the government's Motion for Summary Judgement. |

DATE:　October /6, 2002

　　　　　　　　　　　　　　　　　　　　　　　SALVADOR E. CASELLAS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

