UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.          Civil No. 97-2026(SEC)

ALL MONIES IN ACCTS., ET AL.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 54**<br>**Motion Requesting Extension of Time to File Opposition to Summary Judgement** | **GRANTED**<br>Defendants are granted a **FINAL** extension until December 12, 2002. |

DATE: December 6, 2002

SALVADOR E. CASELLAS
United States District Judge

