UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
        v.                  Civil No. 97-2026(SEC)
ALL MONIES IN ACCTS., ET AL.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 56**<br>**Motion for Final Extension of Time to Oppose Motion for Summary Judgement** | **GRANTED**<br>The Court will grant Defendant until January 2, 2003 to file its opposition. Plaintiff's motion for summary judgement was filed more than three months ago, therefore, the Court **will not extend** this deadline any further. If Defendant fails to file its opposition by the established deadline the Court will deem Plaintiff's motion unopposed. |
| **Docket # 57**<br>**Motion under Rule 108** | **GRANTED**<br>Defendant may file said motion with Spanish written documents. However, Defendant most file the official translation of the documents as soon as they are available. |

DATE: December 16, 2002

SALVADOR E. CASELLAS
United States District Judge

