

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| v. | *   Civil No. 97-2026(SEC) |
| ALL MONIES in, including but not limited to, account no(s). ... in the name of Flor de Maria Cacho Bonilla, ET AL | * |
| Defendants | * |

## JUDGMENT

Pursuant to an Opinion and Order of even date, the forfeiture claim against the remaining Defendants is hereby **DISMISSED with prejudice**. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24 day of February, 2003.

SALVADOR E. CASELLAS
United States District Judge


