UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
   Plaintiff

v.      Civil No. 97-2026(SEC)

ALL MONIES IN ACCTS., ET AL.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #64<br>Response to Motion to Compel Return of Funds and for Extension of Time | GRANTED |

DATE: September 2, 2003

SALVADOR E. CASELLAS
United States District Judge

