UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
   Plaintiff
          v.                Civil No. 97-2026(SEC)
ALL MONIES IN ACCTS., ET AL.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 66**<br>**Notice to the Court** | **NOTED**<br>Furthermore, claimants Flor de Maria Cacho Bonilla and Daniel Paz are hereby **ORDERED** to reply to Plaintiff's notice and show cause within **thirty (30) days** why their Motion to Compel Return of Funds **(Docket # 63)** should not be denied. |

DATE: December 8, 2003

SALVADOR E. CASELLAS
United States District Judge