UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
        v.                      Civil No. 97-2026(SEC)
ALL MONIES IN ACCTS., ET AL.
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| Docket # 63<br>Motion to Compel the Return of Funds | **DENIED**<br>See Dockets # 66 & 67 |

DATE: February 5, 2004

SALVADOR E. CASELLAS
United States District Judge